**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 7:25-cv-00252 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SOUTHWEST AIRLINES CO., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF INTELLECTUAL VENTURES II LLC'S
NOTICE OF RELATED CASE**

Plaintiff Intellectual Ventures II LLC hereby provides notice of the following related case in this District, which involves the same accused products and services, and same parties, and also involves a claim of patent infringement (although different patents).

- *Intellectual Ventures I, LLC and Intellectual Ventures II LLC v Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA

Dated: May 30, 2025

RESPECTFULLY SUBMITTED,

By: */s/ Mark D. Siegmund*
Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com

Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(Admitted in this District)
jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES II, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 30th day of May, 2025, via the Court's CM/ECF system.

/s/ *Mark Siegmund*
Mark Siegmund