**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 7:25-cv-00252 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SOUTHWEST AIRLINES CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**INTELLECTUAL VENTURES II LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Intellectual Ventures II LLC ("Plaintiff") files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Plaintiff certifies that there are no parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public.

Dated:  May 30, 2025

RESPECTFULLY SUBMITTED,

By: */s/ Mark D. Siegmund*
    Mark D. Siegmund (TX Bar No. 24117055)
    msiegmund@cjsjlaw.com
    **CHERRY JOHNSON SIEGMUND
    JAMES PC**
    7901 Fish Pond Rd., 2nd Floor
    Waco, Texas 76710
    Telephone: (254) 732-2242
    Facsimile: (866) 627-3509

    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com

Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(Admitted in this District)
jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6102
Facsimile: (404) 393-9752

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES II, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 30th day of May, 2025, via the Court's CM/ECF system.

/s/ *Mark Siegmund*
Mark Siegmund
