# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES II LLC,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 7:25-cv-00252-ADA |
| **SOUTHWEST AIRLINES CO.,** | § § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § § | |

## NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT Kasowitz Benson Torres LLP has changed its name to Kasowitz LLP as of June 25, 2025.

PLEASE ALSO TAKE NOTICE THAT the following attorneys have changed their contact information effective immediately:

Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, ThucMinh Nguyen, and Jonathan H. Hicks

The new contact information for the above attorneys is as follows:

| OLD CONTACT INFORMATION: | NEW CONTACT INFORMATION: |
|---|---|
| Kasowitz LLP<br>333 Twin Dolphin Drive<br>Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171 | Kasowitz LLP<br>101 California Street<br>Suite 3950<br>San Francisco, CA 94111<br>Telephone: (415) 421-6140<br>Facsimile: (415) 358-4408 |

Please take notice of these changes and update your records accordingly.

Dated: July 8, 2025                                    RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    Jonathan H. Hicks (CA Bar No. 274634)
    (Admitted in this District)
    jhicks@kasowitz.com
    **KASOWITZ LLP**
    101 California Street, Suite 3950
    San Francisco, CA 94111
    Telephone: (415) 421-6140
    Facsimile: (415) 358-4408

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6102
    Facsimile: (404) 393-9752

    Mark D. Siegmund (TX Bar No. 24117055)
    msiegmund@cjsjlaw.com
    **Cherry Johnson Siegmund James PLLC**
    7901 Fish Pond Rd., 2nd Floor
    Waco, Texas 76710
    Telephone: 254-732-2242
    Facsimile: 866-627-3509

    *Attorneys for Plaintiff*
    *INTELLECTUAL VENTURES II LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 8th day of July, 2025, via the Court's CM/ECF system.

>*/s/ Jonathan K. Waldrop*
>Jonathan K. Waldrop