IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES II LLC,** § § § *Plaintiff*, § § v. § § **SOUTHWEST AIRLINES CO.,** § § *Defendant.* § § | Civil Action No. 7:25-cv-00252-ADA JURY TRIAL DEMANDED |

**NOTICE OF EXTENSION FOR INTELLECTUAL VENTURES II, LLC TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Intellectual Ventures II, LLC ("IV") hereby notifies the Court that IV seeks to extend the deadline to file its response to Defendant Southwest Airlines Co.'s ("Southwest") Motion to Dismiss from July 8, 2025, to *July 22, 2025*. Defendant does not oppose. The extension does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: July 8, 2025                                     RESPECTFULLY SUBMITTED,


By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    Jonathan H. Hicks (CA Bar No. 274634)
    (Admitted in this District)
    jhicks@kasowitz.com
    **KASOWITZ LLP**
    101 California Street, Suite 3950
    San Francisco, CA 94111
    Telephone: (415) 421-6140
    Facsimile: (415) 358-4408

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6102
    Facsimile: (404) 393-9752

    Mark D. Siegmund (TX Bar No. 24117055)
    msiegmund@cjsjlaw.com
    **Cherry Johnson Siegmund James PLLC**
    7901 Fish Pond Rd., 2nd Floor
    Waco, Texas 76710
    Telephone: 254-732-2242
    Facsimile: 866-627-3509

    *Attorneys for Plaintiff*
    *INTELLECTUAL VENTURES II LLC*

By: /s/ S. Wallace Dunwoody
    Michael C. Wilson
    Texas State Bar No. 21704590
    mwilson@munckwilson.com
    S. Wallace Dunwoody
    Texas State Bar No. 24040838
    wdunwoody@munckwilson.com
    **Munck Wilson Mandala, LLP**
    2000 McKinney Avenue, Suite 1900
    Dallas, TX 75201
    (972) 628-3600
    (972) 628-3616 fax

    David G. Henry
    Texas Bar No. 09479355
    dhenry@munckwilson.com
    **Munck Wilson Mandala, LLP**
    510 Austin Avenue, Suite 3100
    Waco, TX 76701
    (254) 362-2300
    (254) 362-2304 fax

    Tri T. Truong
    Texas State Bar No. 24102969
    ttruong@munckwilson.com
    **Munck Wilson Mandala, LLP**
    807 Las Cimas Parkway, Suite 300
    Austin, Texas 78756
    737-201-1600
    737-201-1601 fax

    *Attorneys for Defendant*
    *SOUTHWEST AIRLINES*

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify that, on this 7th day of July, 2025, I conferred with counsel for Defendant via e-mail regarding the relief requested herein. Defendant's counsel indicated that Defendant is unopposed to requested extension.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 8th day of July, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop