UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>*Defendant.* | Civil Action No. 7:25-cv-00252-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION**

Plaintiff Intellectual Ventures II LLC ("Plaintiff") and Defendant Southwest Airlines Co. ("Defendant" or "Southwest") (collectively, the "Parties") jointly stipulate and request that the Court transfer this matter to the United States District Court for the Northern District of Texas, Dallas Division. The Parties have met and conferred and hereby stipulate, by and through their respective counsel of record, as follows:

1. WHEREAS, on November 2, 2024, Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV") filed a Complaint for Patent Infringement against Southwest asserting infringement U.S. Patent Nos. 8,332,844 ("the '844 Patent"), 8,407,722 ("the '722 Patent"), 7,949,785 ("the '785 Patent"), 8,027,326 ("the '326 Patent"), 7,324,469 ("the '469 Patent"), and 7,257,582 ("the '582 Patent") (collectively, the "First Wave Patents-in-Suit"). *See Intellectual Ventures I LLC, et al. v. Southwest Airlines Co.*, Case No. 7:24-cv-00277-ADA ("First Wave"), ECF No. 1;

2. WHEREAS, on February 28, 2025, Southwest filed a Motion to Transfer Venue from this Court to the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1404(a) ("First Wave Transfer Motion"). *See* First Wave, ECF No. 21. Thereafter, IV conducted venue-related

discovery, and on May 28, 2025, IV filed an Opposition to Southwest's First Wave Transfer Motion. *See* First Wave, ECF Nos. 26 & 41. On June 11, 2025, Southwest filed a Reply in Support of its First Wave Transfer Motion. *See* First Wave, ECF No. 45. On June 13, 2025, Southwest filed a Status Report regarding its First Wave Transfer Motion. *See* First Wave, ECF No. 47;

3.  WHEREAS, on May 23, 2025, IV filed an Unopposed Motion for Leave to File Amended Complaint adding the following U.S. Patent Nos. in addition to the First Wave Patents-in-Suit: (1) 7,712,080 ("the '080 Patent"); (2) 7,721,282 ("the '282 Patent"); (3) 8,352,584 ("the '584 Patent"); (4) 11,032,000 ("the '000 Patent"); and (5) 7,822,841 ("the '841 Patent") (collectively, "Second Wave Patents-in-Suit"). *See* First Wave, ECF No. 37. On May 27, 2025, Southwest filed a Notice of Partial Opposition to IV's Unopposed Motion for Leave contending that Southwest had only agreed to allow IV to add **four** additional patents, **not five**. *See* First Wave, ECF No. 39. On May 29, 2025, IV filed a Response to Southwest's Notice of Partial Opposition. *See* First Wave, ECF No. 42. And on May 30, 2025, out of an abundance of caution, Plaintiff also filed a separate Complaint for Patent Infringement asserting the '841 Patent (one of the five Second Wave Patents-in-Suit), and Notice of Related Case to the First Wave in this case. *See* ECF Nos. 1 & 2;

4.  WHEREAS, on July 2, 2025, the Court issued a Text Order Granting IV's Unopposed Motion for Leave to File Amended Complaint (ECF No. 37). *See* First Wave, July 2, 2025 Text Order. On September 2, 2025, IV filed a Second Amended Complaint asserting both the First Wave Patents-in-Suit and Second Wave Patents-in-Suit. *See* First Wave, ECF No. 64. On October 8, 2025, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice of the '841 Patent as the Court's July 2, 2025 Text Order granted IV's motion for leave to add all 5 of the

Second Wave Patents-in-Suit, and consequently, the '841 Patent was asserted in both lawsuits. *See* First Wave, ECF No. 70;

5. WHEREAS, on August 11, 2025, Defendant filed a Motion to Transfer Venue to the United States District Court for the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1404(a) in this case ("Second Wave Transfer Motion"). *See* ECF No. 16. Thereafter, Plaintiff conducted venue-related discovery in this case. *See* ECF No. 17. Plaintiff's opposition to Defendant's Second Wave Transfer Motion is currently due November 10, 2025. *See* ECF No. 22.

6. WHEREAS, on October 23, 2025, the Court issued a [Sealed] Order Granting Defendant's Motion to Transfer the First Wave. *See* First Wave, ECF No. 79;

7. WHEREAS, the First Wave was transferred from this Court to the United States District Court for the Northern District of Texas, Dallas Division. *See* ECF No. 80; and

8. WHEREAS, the Parties agree to transfer this case to the United States District Court for the Northen District of Texas, Dallas Division, to promote judicial efficiency and conserve resources.

IT IS HEREBY STIPULATED AND AGREED that this case should be transferred to the United States District Court for the Northen District of Texas, Dallas Division.

IT IS SO STIPULATED.

Dated: November 10, 2025            RESPECTFULLY SUBMITTED,

By: */s/ S. Wallace Dunwoody*
    S. Wallace Dunwoody
    State Bar No. 24040838
    wdunwoody@munckwilson.com
    Michael C. Wilson
    State Bar No. 21704590
    mwilson@munckwilson.com
    **Munck Wilson Mandala, LLP**
    2000 McKinney Avenue, Suite 1900
    Dallas, TX 75201
    (972) 628-3636; (972) 628-3600
    (972) 628-3616 fax

    David G. Henry
    Texas Bar. No. 09479355
    dhenry@munckwilson.com
    **Munck Wilson Mandala, LLP**
    510 Austin Avenue, Suite 3100
    Waco, Texas 76701
    (254) 362-2300
    (254) 362-2304 fax

    Tri T. Truong
    Texas State Bar No. 24102969
    ttruong@munckwilson.com
    **Munck Wilson Mandala, LLP** 807
    Las Cimas Parkway, Suite 300
    Austin, Texas 78756
    737-201-1600
    737-201-1601 fax

    *Attorneys for Southwest Airlines Co.*

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    Jonathan H. Hicks (CA Bar No. 274634)
    (Admitted in this District)
    jhicks@kasowitz.com
    **KASOWITZ LLP**
    101 California Street, Suite 3950
    San Francisco, California 94111
    Telephone: (415) 421-6140
    Facsimile: (415) 358-4408

    Jeceaca An (NY Bar No. 5849898)
    (Admitted in this District)
    jan@kasowitz.com
    **KASOWITZ LLP**
    1633 Broadway
    New York, NY 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ LLP**
    1230 Peachtree Street, N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6102
    Facsimile: (404) 393-9752

                                Mark D. Siegmund (TX Bar No. 24117055)
                                msiegmund@cjsjlaw.com
                                **CHERRY JOHNSON SIEGMUND**
                                **JAMES PLLC**
                                7901 Fish Pond Rd., 2nd Floor
                                Waco, Texas 76710
                                Telephone: 254-732-2242
                                Facsimile: 866-627-3509

                                *Attorneys for Plaintiff*
                                *INTELLECTUAL VENTURES II LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served or delivered electronically to all counsel of record, on November 10, 2025, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
